**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00477-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JEROLD R. SORENSEN,

    Defendant.

_____

### ORDER SETTING MOTIONS DEADLINES
_____

    It is ORDERED THAT all Speedy Trial or Ends of Justice Motions shall be filed by **December 23, 2013** and responses to these motions shall be filed by **December 30, 2013**.

    Dated this 9th day of December, 2013.

                                  BY THE COURT:

                                  _____
                                  RAYMOND P. MOORE
                                  United States District Judge