**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

---

Courtroom Deputy: Nick Richards        Date: January 17, 2014
Court Reporter: Tammy Hoffschildt       Interpreter: n/a
Probation Officer: n/a

---

**CASE NO.** 13-cr-00477-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Matthew T. Kirsch |
|  | Anna Kathryn Edgar |
| Plaintiff, |  |
| v. |  |
| **1. JEROLD R. SORENSEN**, | Michael Lousi Minns |
|  | Ashley Blair Arnett |
|  | Gary Lozow |
| Defendant. |  |

---

### COURTROOM MINUTES

---

**MOTION HEARING**
**COURT IN SESSION: 9:58 a.m.**
Appearances of counsel. Defendant is present on bond.

Motion Hearing called regarding Defendant's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer the Case to the United States District Court for the Eastern District of California [Doc. No. 4, filed December 5, 2013].

Preliminary remarks by the Court.

**10:02 a.m.**   Oral argument by Mr. Minns.

**10:25 a.m.**   Oral argument by Ms. Edgar.

**ORDERED:** Defendant's counsel shall provide a description or suggestion of possible

       witnesses to the Court via email for an in-camera review. Defendant shall email the material to the chambers of the Honorable Raymond P. Moore at [Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov) on or before January 24, 2014.

**11:06 a.m.**  Response by Mr. Minns.

**ORDERED:** Defendant's Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer the Case to the United States District Court for the Eastern District of California [4] is **TAKEN UNDER ADVISEMENT**.

**ORDERED:** Any additional motions shall be filed on or before February 14, 2014.

**ORDERED:** Bond continued.

**COURT IN RECESS: 11:12 a.m.**
**Total in court time: 1:14**
**Hearing concluded**