**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No.  13-cr-00477-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      JEROLD R. SORENSEN,

       Defendant.

___

**ORDER ALLOWING DISCLOSURE OF COPIES OF GRAND JURY MATERIALS
UNDER SPECIFIED CONDITIONS TO THE ATTORNEYS FOR THE DEFENDANT
PURSUANT TO FED. R. CRIM. P. 6(e)(3)(E)(i)**
___

Upon consideration of the Government's Motion to Disclose Copies of Grand Jury Materials under Specified Conditions to the Attorneys for the Defendant Pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) **(ECF No. 19)** , it is

ORDERED that a copy of the following grand jury materials be disclosed to the attorneys for the defendant for preparation for trial:  (1) transcripts of testimony given by a witness before the grand jury which returned the Indictment in this matter; (2) exhibits identified during that testimony; (3) subpoenas issued by previous grand juries to entities associated with the defendant; (4) motions and orders to compel related to those subpoenas; and (5) responses from the defendant to those subpoenas, motions, and orders.

IT IS FURTHER ORDERED that:

1. Defense counsel make only such copies as are necessary to prepare a defense of this criminal case;

2. Defense counsel keep a written record, subject to production upon additional order by the Court, concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel deliver a copy of this Order allowing disclosure with the materials;

3. Defense counsel provide the defendant with reasonable access to the grand jury materials, but that defense counsel not allow the defendant to retain copies of any grand jury materials;

4. No person, other than defense counsel, make any copy of the grand jury materials for any purpose; and

5. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel collect all such copies and return them to the government within ten days.

Dated this 22nd day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge