**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No.  13-cr-00477-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JEROLD R. SORENSEN,

      Defendant.

_____

## ORDER SETTING HEARING
_____

It is ORDERED that a hearing on pending motions is set for Thursday, April 17, 2014, at

9:00 a.m. in Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado  before Judge

Raymond P. Moore.

DATED this 20th day of March, 2014.

                      BY THE COURT:

                      _____

                      RAYMOND P. MOORE
                      United States District Judge