# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: September 8, 2014 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:   Nicole Peterson | |

**CASE NO.   13-cr-00477-RM**

Parties                                                        Counsel

UNITED STATES OF AMERICA,                       Matthew Kirsch

   Plaintiff,

v.

1.   JEROLD R. SORENSON,                           Ashley Arnett
                                                                    Gary Lozow
   Defendant.                                                Sean Connelly

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**     10:29 a.m.
Appearances of counsel.   Defendant is present and on bond.

On June 16, 2014, Defendant was found guilty by a jury as to Count 1 of the Indictment.

130, and #131.

Discussion held and argument given regarding Defendant's Objections to the Presentence Report (Doc. 121, filed 8/20/14).

**ORDERED:**   Defendant's Objections to the Presentence Report (Doc. 121, filed 8/20/14) is granted in part and denied in part as stated on the record.

Discussion held and argument given regarding Defendant's Sentencing Memorandum (Doc. 122, filed 8/20/14).

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**  Discussion held and argument given regarding Defendant's Sentencing Memorandum (Motion for Non-Guideline Sentence) (Doc. 122, filed 8/20/14) is DENIED as stated on the record.

Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jerold R. Sorenson, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **18 months.**

Court RECOMMENDS that the Bureau of Prisons place the defendant at **FCI Mendota, California**.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of one (1) year.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**)   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**  **Special Condition** of Supervised Release that:

- (**X**)   Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**)   Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is

|     |     |
| --- | --- |
|     | in compliance with the installment payment schedule. |
| (**X**) | Defendant shall apply any moneys received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unanticipated financial gains to the outstanding Court-ordered fine in this case. |
| (**X**) | Defendant shall document all income or compensation generated or received from any source and provide sufficient information to the probation officer as requested, so long as the financial obligation of the fine remains outstanding. |

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   Defendant shall pay a **fine** of $100,000 as follows:   The defendant shall notify the United States Attorney of this district within 30 days of any change of mailing or residence address that occurs while any portion of the fine remains unpaid.

The Court finds, pursuant to 18 U.S.C. § 3663A(c)(3)(B), that determining complex issues of fact related to the cause or amount of the victims' losses would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process.

**ORDERED:**   The defendant shall voluntarily surrender and report to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED**:   Bond is continued.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

Argument given and discussion held regarding Defendant's Motion for Continued Release Pending Appeal (Doc. 131, filed 9/2/14).

**ORDERED:**   Defendant's Motion for Continued Release Pending Appeal (Doc. 131, filed 9/2/14) is DENIED as stated on the record.

**Court in recess: 12:55 p.m.**
Hearing concluded.
Total time:   2:26