**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  July 24, 2018 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  n/a | |

**CASE NO.   13-cr-00477-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | James Murphy |
| Plaintiff, | |
| v. | |
| 1.   JEROLD R. SORENSON, | Sean Connelly |
| Defendant. | |

**COURTROOM MINUTES**

**ORAL ARGUMENT**
**Court in session:**          1:00 p.m.
Appearances of counsel.

Discussion held and argument given regarding the Petition of Jerold Sorenson for Write of Coram Nobis Vacating Conviction (Doc. 154).

**ORDERED:**   Counsel shall file briefs, which shall not exceed ten (10) pages, regarding the standard in the 10th Circuit, with emphasis on the role of *Shelton* and *Lance*, on or before **August 10, 2018.**

The Court takes the Petition of Jerold Sorenson for Writ of Coram Nobis Vacating Conviction (Doc. 154) under advisement.

**Court in recess:**          2:22 p.m.
**Total in court time:**       1:22            **Hearing concluded**